UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY

FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 JUN 10 PM 1: 19

CASE NUMBER: Civil Action No. 3:20-cv-P328-DJH

Artavis Groves _____ PLAINTIFF(S)

v.

Louisville Metro Police Dep't et al. _____ DEFENDANT(S)

MOTION FOR Amended Complaint
[state what you want the Court to do]

I, Artavis Groves, the ☑ plaintiff / ☐ defendant [check the appropriate box] in the above-named proceeding, respectfully move this Court to issue an order Amended Complaint

[state what you want the Court to do]

The reason(s) that I am entitled to the relief I seek is the following:

On January 26th, 2018 I was arrested, I was indicted on May 13th 2018. I was final sentenced on August 2nd, 2019, these are the dates pertaining to my case. And when the defendants unlawfully seized my possession in violation of my constitutional rights.

General Motion Form
For Use By *Pro Se* Litigants
Rev. 4/13

_____
_____
_____
_____
_____
_____

(You may use additional 8 1/2 x 11 paper if needed)

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 3rd day of June, 2020

Signed: _Artavis Groves_
[your signature]

Print your name: Artavis Groves #201533

Address: P.O. Box 69
LaGrange, Ky 40031

[For use if you are a prisoner:]

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on

June 3rd, 2020

Signed: _Artavis Groves_
[your signature]

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the above _amended complaint_ was served upon
[name of document]

_Clerk U.S. District Court_ by _Mail_ at _601 W. Broadway, Rm 106_
[name of opposing party or counsel] [mail or hand-delivery] [address]

_Gene Snyder United States Courthouse_ on _June 3rd, 2020_
Louisville, Ky 40202 [date]

Public Notary at Large
Lagrng Ky Oldham Co.

Signed: _Artavis Groves_
[your signature]

Subscribed and Sworn to me on this __3__ Day
of __June__ 20.20

Commission Page 3 of 3
EXP 8-21-22

X _Artavis Groves_

L.J.J. Guinn #60725)

General Motion Form
For Use By Pro Se Litigants
Rev. 4/13

Artavis Groves #201533
P.O. Box 69
LaGrange, Ky 40031

LOUISVILLE
KY 400
09 JUN 2020
Prison Mail
FM Roederer Correctional Complex
PO Box 69
La Grange KY 40031
Not Responsible for Contents

NEOPOST
06/09/2020
US POSTAGE $000.

ZIP 40031
041M11459612


FILED (JS)
US DISTRICT COURT CLERK
WESTERN DISTRICT OF KY
20 JUN 10 PM 1:19

Clerks, United States District Court
601 W. Broadway Rm. 106
Gene Snyder United States Courthouse
Louisville, Ky 40202

40202-224999